UNITED STATES of America,
Plaintiff–Appellee

v.

Aaron Ray MILLER, Defendant–
Appellant.

No. 10–51110
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 16, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Walter Mabry Reaves, Jr., Law Office of Walter M. Reaves, Jr, Waco, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Aaron Ray Miller presents arguments that he concedes are foreclosed by *United States v. Whaley,* 577 F.3d 254, 258, 261–62 & n. 6 (5th Cir.2009), which held that proof of knowledge of the registration requirements of the Sex Offender Registration and Notification Act is not required for a conviction under 18 U.S.C. § 2250(a), and which rejected a Commerce Clause challenge to those registration requirements. *See also United States v.*

*Heth,* 596 F.3d 255, 258–60 & n. 3 (5th Cir.2010). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

